United State District Court
Southern District of New York

------------------------------------------------------------x

United States of America

    -against-

Franklin Gutierrez

------------------------------------------------------------x

ORDER

1:19 CR 38 (JPO)

This court, after a review of the specific facts and circumstances of this case and the background and characteristics of Franklin Gutierrez, hereby recommends that the New York State Department of Corrections and Community Supervision issue Mr. Gutierrez a Certificate of Relief from Civil Disabilities.

**SO ORDERED:**

Dated:  December 5, 2019
           New York, NY

_____
J. PAUL OETKEN
United States District Judge