# LAW OFFICES OF SCOTT E. LEEMON, P.C.
**41 Madison Avenue, 31st Floor
New York, New York 10010
(212) 696-9111--- Office
(917) 238-0880---Mobile
scott@leemonlaw.com
www.leemonlaw.com**

---

December 10, 2019

<u>Via ECF & Email</u>
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>United States v Franklin Gutierrez, 19 CR 38 (JPO)</u>

Dear Judge Oetken:

    Last week, the court sentenced Mr. Gutierrez to time served and three years of Supervised Release with the special condition of 100 hours of community service.

    As part of his pre-trial bail conditions, Mrw. Gutierrez was required to turn his passport over to the Pre-trial services office. Now that his bail is concluded, I am respectfully requesting that the court issue an Order directing Pre-trial services to return Mr. Gutierrez's passport to him. I have advised him, that while on supervision, he may not travel internationally, without permission from both the Court and his Probation Officer.

I thank you in advance for your consideration of this request.

Very truly yours,

/s/

Scott E. Leemon

Cc: AUSA Sheb Swett (via ECF and email)

> Granted.
> So ordered.
> Dec. 10, 2019

_____
J. PAUL OETKEN
United States District Judge