# LAW OFFICES OF SCOTT E. LEEMON, P.C.
**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---------------------------------------------------------------------------

June 24, 2022

Via ECF
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Franklin Gutierrez*
            Criminal Docket: 19 CR 38 (JPO)

Dear Judge Oetken:

    I write with the consent of AUSA Sheb Swett to respectfully request that the Court terminate Mr. Gutierrez's period of Supervised Release. Mr. Gutierrez has completed 30 months of supervision, without incident. He remains gainfully employed and has completed his 100 hours of community service.

    I have been in contact with Christina Alexander, Mr. Gutierrez's supervising probation. In response to my inquiry concerning this application, she stated:

    *Probation has no objection to the request for early termination.*

*Mr. Gutierrez is gainfully employed. All drug tests were negative. No new arrest(s) or criminal activity identified. Special assessment fee has been paid in full. 100 hours of community service has been satisfied. Case transferred to low intensity supervision on January 1, 2021 based on overall compliance. To date, Mr. Gutierrez has completed 30 months of his 3 years of supervised release.*

As such, I respectfully request that Mr. Gutirrez's supervision be terminated, forthwith.

I thank you in advance for your consideration of this request.

Very truly yours

/s/
Scott E. Leemon

cc: AUSA Sheb Swett (via email & ECF)
    Christina Alexander, USPO (via email)

> Granted. Defendant's term of supervision is hereby early terminated without objection.
>   So ordered.
>   6/27/2022

_____
J. PAUL OETKEN
United States District Judge